MEDICARE RENTALS, INC. v. ADVANCED SERVICES

No. 405P95

Case below: 119 N.C.App. 767

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

PORTER v. LENEAVE

No. 329P95

Case below: 119 N.C.App. 343

Notice of appeal by plaintiff (substantial constitutional question) dismissed 7 December 1995. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 December 1995.

REED v. TOWN OF LONGVIEW

No. 454P95

Case below: 120 N.C.App. 408

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

ROSE v. ISENHOUR BRICK & TILE CO.

No. 448A95

Case below: 120 N.C.App. 235

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 7 December 1995.

STATE v. BOYD

No. 177A83-2

Case below: Surry County Superior Court

Petition by defendant for writ of certiorari to review the decision of the Surry County Superior Court denied 7 December 1995.